IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT SOLUTIONS, INC. DOING BUSINESS AS DE ZAVALA OAKS APARTMENTS, L.L.C.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No.<br>§<br>§  COMPLAINT<br>§  **JURY TRIAL DEMAND**<br>§<br>§<br>§<br>§ |

SA08CA0786XR

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race, Black, and to provide appropriate relief to Tenille Renee Gaines, who was adversely affected by such practices. Plaintiff, Equal Employment Opportunity Commission alleges that Defendant, Management Solutions, Inc. doing business as De Zavala Oaks Apartments, L.L.C. engaged in discriminatory employment practices, in violation of Title VII, when it discharged Tenille Renee Gaines from her employment, because of her race, Black.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f) (1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Texas, San Antonio

Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Management Solutions, Inc. doing business as De Zavala Oaks Apartments, L.L.C. (hereinafter "MSI"), has continuously been a Texas corporation doing business in the State of Texas and the City of San Antonio, and has continuously had at least 15 employees.

5. At all relevant times, Defendant, MSI, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Tenille Renee Gaines filed a charge with the Commission alleging violations of Title VII by Defendant, MSI. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about August 7, 2007, Defendant, MSI, engaged in unlawful employment practices at its San Antonio, Texas facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a). More specifically, on or about August 7, 2007, Defendant, MSI, discharged Tenille Renee Gaines from her employment at De Zavala Oaks Apartments, L.L.C., because of her race, Black.

8. The effect of the practices complained of in paragraph seven has been to deprive

Tenille Renee Gaines of equal employment opportunities and to otherwise adversely affect her status as an employee because of her race (Black).

9. The unlawful employment practices complained of in paragraph seven above were intentional.

10. The unlawful employment practices complained of in paragraph seven above were done with malice or with reckless indifference to the federally protected rights of Tenille Renee Gaines.

### **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, MSI, its officers, successors, assigns, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in conduct which discriminates on the basis of race, including discharging any employee because of his or her race and from engaging in any other employment practice which discriminates on the basis of race;

B. Order Defendant, MSI, to institute and carry out policies, practices, and programs which provide equal employment opportunities for Blacks, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant, MSI, to make whole Tenille Renee Gaines, by providing appropriate backpay with prejudgment interest, in an amount to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, the reinstatement of Tenille Renee Gaines, or front pay in lieu thereof;

D. Order Defendant, MSI, to make whole Tenille Renee Gaines, by providing

compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above, including, but not limited to, relocation expenses, job search expenses, and medical expenses, in an amount to be determined at trial;

E.   Order Defendant, MSI, to make whole Tenille Renee Gaines, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph seven above, including, but not limited to, emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, in an amount to determined at trial;

F.   Order Defendant, MSI, to pay Tenille Renee Gaines punitive damages for engaging in discriminatory practices with malicious or reckless indifference to Ms. Gaines' federally protected rights, as described in paragraph seven, above, in an amount to be determined at trial;

G.   Grant such further relief as the Court deems necessary and proper in the public interest; and

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_Judith Taylor for_
ROBERT A. CANINO    _w/ permission_
Regional Attorney
Oklahoma State Bar No. 011782

_Judith Taylor_
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
E-mail: judith.taylor@eeoc.gov

_Edward Juarez_
EDWARD JUAREZ
Trial Attorney
Texas Bar No. 24014498
E-mail: eduardo.juarez@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**

5